[No. 33409-3-I.    Division One.    February 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
KARNARD BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-8-03080-2, Richard M. Ishikawa, J., entered
July 29, 1993. *Affirmed* by unpublished opinion per Pekelis,
C.J., concurred in by Coleman and Webster, JJ.

[No. 31795-4-I.    Division One.    February 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JON J.
MINERICH, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-00580-2, Gerald L. Knight, J., en-
tered November 24, 1992. *Dismissed* by unpublished per
curiam opinion.

[No. 33494-8-I.    Division One.    February 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BOOKER T.
MILAM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-04503-1, Janice Niemi, J., entered October
14, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 34367-0-I.    Division One.    February 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TREVOR
PAUL STURT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-02206-5, Robert H. Alsdorf, J., entered
March 14, 1994. *Remanded with instructions* by unpublished
per curiam opinion.